IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY LAZETTE THORNE, | : | CIVIL ACTION |
| | : | No. 13-2139 |
| Plaintiff, | : | |
| v. | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **3rd** day of **June, 2015,** it is hereby **ORDERED** that:

(1) Plaintiff's objections are overruled;

(2) The Court **APPROVES** and **ADOPTS** Magistrate Judge Lynne A. Sitarski's Report and Recommendation (ECF No. 14);

(3) Plaintiff's request for review is **DENIED**; and

(4) Judgment is entered in this matter in favor of Defendant.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**